UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-mj-00046 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| DELFINO SOLORZANO, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Timothy P. Hennessy is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 16, 2021, for the arraignment and detention hearing.

IT IS SO ORDERED.

Dated: **September 17, 2021**         **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE